# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 1, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158984(70)(71)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* RAYMOND L. FRICK TRUST.
_____

EDWARD M. KRESS and JENNY FRICK
TRYCHEL, also known as JENI FRICK
TRYCHEL, Successor Co-Trustees,
      Plaintiffs-Appellees,

v

BRADLEY SPICE and BCL 75, INC.,
      Defendants-Appellants.
_____/

SC: 158984
COA: 341498
Monroe CC: 16-138516-CK

On order of the Chief Justice, the motions for the temporary admission of out-of-state attorneys Susan D. Solle and Thomas P. Whelley, II, to appear and practice in this case under MCR 8.126(A) are GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 1, 2019



Clerk